UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-20384-CIV-CANNON

**DAVID SAINT FORT**,

    Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY,
U.S. ATTORNEY GENERAL,
MIAMI FIELD OFFICE – USCIS**,

    Respondents.
_____/

**ORDER DENYING APPLICATION FOR LEAVE TO PROCEED
*IN FORMA PAUPERIS* AND REQUIRING PAYMENT OF FILING FEE OR FILING
OF A RENEWED MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court on Petitioner David Saint Fort's Short Form Application to Proceed *in forma pauperis* ("IFP") [ECF No. 3], filed in connection with his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1]. Because Petitioner's IFP Application does not use the proper authorized form, it is **DENIED**.

Pursuant to 28 U.S.C. § 1914(a), "parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise . . . [must] pay . . . on application for a writ of habeas corpus the filing fee of $5," or seek pauper status by filing a motion to for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2). *See* Rules Governing 2254 Cases in the United States District Courts, Rule 3(a)(1), (2). Accordingly, upon review of the Petition, the IFP Application, the record, and relevant authorities, it is

**ORDERED AND ADJUDGED** as follows:

1.    Petitioner's IFP Application [ECF No. 3] is **DENIED** as it is not on the authorized

CASE NO. 25-20384-CIV-CANNON

form governing § 2241 filings.

2. On or before **February 26, 2025**, Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis* on the authorized form (AO 239) provided with this Order, with supporting financial affidavit, and the pre-trial detainees account statement in accordance with Rule 3(a) of the Rules Governing §2254 Cases in the United States District Courts, upon the form provided with this Order.

3. If the filing fee is paid, the check or money order must bear **CASE NO. 25-20384-CIV-CANNON** so the fee will be docketed in the correct case. This is especially important where the prisoner has filed more than one case.

4. Petitioner is cautioned that failure to comply with this Order will result in dismissal of this case without further notice.

5. The Clerk is directed to **MAIL** a copy of this Order to Plaintiff and file a Notice of Compliance on the docketing confirming same.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 29th day of January 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:

**David Saint Fort**
A# 079498468
Krome Service Processing Center
Inmate Mail/Parcels
18201 S.W. 12th Street
Miami, Florida 33194
PRO SE

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov